UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-61513-CIV-ALTONAGA/BROWN

EMILIO PINERO,

    Plaintiff,

vs.

VALUE DINING OF TAMARAC, INC.,

    Defendant.
_____/

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff Emilio Pinero ("Pinero") and Defendant Value Dining of Tamarac, Inc. ("Value Dining") (collectively the "Parties"), by and through their undersigned attorneys and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims asserted by Pinero in his Complaint [DE 1] in this action shall be dismissed without prejudice.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

CASE NO.: 09-61513-CIV-ALTONAGA/BROWN

Stipulated and agreed to this 28th day of April, 2010:

**s./ Lauren N. Wassenberg**[1]
_____
Lauren N. Wassenberg
Florida Bar No.: 34083
wassenbergl@gmail.com
429 Lenox Avenue - Suite 4W23
Miami Beach, Florida  33139
Telephone:     (305) 537-3723
Facsimile:     (305) 537-3724
Attorney for Plaintiff Emilio Pinero

--and--

**s./ Martin J. Keane**
_____
W. Barry Blum
bblum@gjb-law.com
Florida Bar No.: 379301
Martin J. Keane
Florida Bar No.: 524239
mkeane@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:    (305) 349-2300
Facsimile:    (305) 349-2310
Attorneys for Defendant Value Dining of Tamarac, Inc.

**10290 – 002 / 48**

_____

[1] This document was filed electronically by counsel for Pinero.  Counsel for Value Dining has consented to such filing.